Anita Susan Brenner, Esq. (SBN 58741)
Leonard E. Torres, Esq. (SBN 60106)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
Email: info@torresbrenner.com

Attorneys for Defendants County of Los Angeles, a public entity, and Aaron Borits-Root, erroneously sued as "Boritz-Root," Andrea LeFebvre, Victor Ekanem, and Jeffrey Shreves, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DAVID ARNDT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a Governmental entity; AARON BORITZ-ROOT, an individual; ANDREA LEFEBVRE, an individual; VICTOR EKANEM, an individual; JEFFREY SHREVES, an individual; and DOES 1 through 10, individually,<br><br>Defendants. | Case No. 2:18-cv-10699 GW(MRWx)<br>[Honorable George H. Wu, U.S. District Judge]<br><br>[PROPOSED] **JUDGMENT AS TO DEFENDANT COUNTY OF LOS ANGELES [DKT. NO. 55]**<br><br>Complaint filed: December 27, 2018 |

On July 11, 2019, the Court granted the motion to dismiss the third claim in the Second Amended Complaint, which was the sole claim against Defendant County of Los Angeles. The Court denied the motion to dismiss as to the first claim against defendant Borits-Root and the second claim against defendants Andrew LeFebvre, Jeffrey Shreves, and Victor Ekanem. Dkt. No. 55. The plaintiff was given two weeks leave to amend. Dkt. No. 55, p. 1.

On July 24, 2019, plaintiff filed his Third Amended Complaint. Dkt. No. 56. The plaintiff did not amend the former third claim against the County of Los

- 1 -
[PROPOSED] JUDGMENT AS TO DEFENDANT COUNTY OF LOS ANGELES
[2:18-cv-10699 GW (MRWx)]

Angeles.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-entitled action be and hereby is dismissed as to the County of Los Angeles, and the judgment be entered forthwith against Plaintiff Alexander David Arndt and in favor of Defendant County of Los Angeles, a public entity.

**IT IS SO ORDERED:**

DATED: Sept. 20, 2019

George H. Wu,
U.S. District Judge