JS-6

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sehatlaw.com

Attorney for Plaintiff, Alexander David Arndt

Anita Susan Brenner, Esq. (SBN 58741)
Leonard E. Torres, Esq. (SBN 60106)
LAW OFFICES OF TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
Email: info@torresbrenner.com

Attorneys for Defendants Aaron Borits-Root, erroneously sued as "Boritz-Root," Andrea LeFebvre, Victor Ekanem, and Jeffrey Shreves, public employees

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DAVID ARNDT,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, a Governmental entity; AARON BORITZ-ROOT, an individual; ANDREA LEFEBVRE, an individual; VICTOR EKANEM, an individual; JEFFREY SHREVES, an individual; and DOES 1 through 10, individually,<br><br>  Defendants. | Case No. CV 18-10699-GW-MRWx<br>*Assigned to District Judge:*<br>*George H. Wu*<br>*Assigned U.S. Magistrate Judge:*<br>*Michael R. Wilner*<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Status Conference: October 29, 2020<br>Time: 8:30 a.m. |

## **ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED, that all claims and this entire action are hereby dismissed with prejudice against Defendants COUNTY OF LOS ANGELES, AARON BORITZ-ROOT, ANDREA LEFEBVRE, VICTOR EKANEM, and JEFFREY SHREVES, with each side to bear their own attorneys' fees and costs.

Dated: October 29, 2020

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE